1
2
3
4
5
6
7

8          UNITED STATES DISTRICT COURT

9       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   THERESA BROOKE,                          No.  1:16-cv-01505-DAD-JLT

12              Plaintiff,

13       v.                                   ORDER DIRECTING THE CLERK OF THE
                                              COURT TO CLOSE THE CASE
14   BHAGAT BHAVESH,
                                              (Doc. No. 8)
15              Defendant.

16

17          On November 4, 2016, plaintiff filed a notice of voluntary dismissal with prejudice of this

18   action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), with each party to bear their

19   own costs and attorneys' fees.  (Doc. No. 8.)  Defendants have not filed a responsive pleading in

20   this action.  In light of this, this action has terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson*

21   *v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.

22   Accordingly, the court directs the Clerk of Court to close the case.

23   IT IS SO ORDERED.

24      Dated:   **November 7, 2016**        _____

25                                           UNITED STATES DISTRICT JUDGE

26
27
28

                                              1